IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JANE DOE #14, | § | |
| Plaintiff, | § § § | |
| v. | § § | Case No.: 3:20-cv-00157-B |
| BACKPAGE.COM LLC AND CARL FERRER, | § § § § | |
| Defendants. | § | |

## PLAINTIFF'S NOTICE OF DISMISSAL

COME NOW, Plaintiff Jane Doe #14 and files this Notice of Dismissal prior to the answer due by Defendants Backpage.Com LLC and Carl Ferrer as follows:

I.

1. Plaintiff's Original Complaint named Defendants Backpage.Com LLC and Carl Ferrer as parties (Dkt. 1). Defendants Backpage.Com LLC and Carl Ferrer have not answered or filed any dispositive motions, including no motions for summary judgment.

2. Pursuant to Federal Rule 41(a)(1)(A)(i), Plaintiff is entitled to dismissal of its claims against Defendants Backpage.Com LLC and Carl Ferrer by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs. Neither has occurred here; therefore, Plaintiff is entitled to this dismissal.

3. Plaintiff hereby gives notice of dismissal of all claims against Defendants Backpage.Com LLC and Carl Ferrer without prejudice.

WHEREFORE, PREMISES CONSIDERED, Plaintiff Jane Doe #14, dismisses her claims against Defendants Backpage.Com LLC and Carl Ferrer without prejudice.

Respectfully submitted,

ANNIE MCADAMS PC

By: /s/ Annie McAdams
    ANNIE MCADAMS, PC
    Annie McAdams
    State Bar No. 24051014
    S.D. Tex. No. 1514589
    1150 Bissonnet
    Houston, Texas 77005
    Telephone: (713) 785-6262
    Facsimile: (866) 713-6141
    annie@mcadamspc.com

By: /s/ David E. Harris
    SICO HOELSCHER HARRIS LLP
    David E. Harris
    State Bar No. 24049273
    S.D. Tex. No. 712461
    Jeffrey H. Richter
    State Bar No. 24061614
    S.D. Tex. No. 1794395
    802 N. Carancahua, Ste. 900
    Corpus Christi, Texas 78401
    Telephone: (361) 653-3300
    Facsimile: (361) 653-3333
    dharris@shhlaw.com

    THE GALLAGHER LAW FIRM
    Michael T. Gallagher
    State Bar No. 07586000
    S.D. Tex. No. 5395
    Pamela McLemore
    State Bar No. 24099711
    2905 Sackett Street
    Houston, Texas 77098
    Telephone: (713) 222-8080
    Facsimile: (713) 222-0066
    mike@gld-law.com
    pamm@gld-law.com

    **ATTORNEYS FOR JANE DOE #14**

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on this 17th day of August 2020, a true and correct copy of the above and foregoing document was served upon counsel of record via the Court's electronic filing system in accordance with the Federal Rules of Civil Procedure.

                                          /s/ *David E. Harris*
                                          David E. Harris